**UNITED STATES DISTRICT COURT W. D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>                              Plaintiff,<br>    v.<br>**WESLEY A JACKSON,**<br>                              Defendant. | Case No.  CR10-5095<br>                CR10-5215<br>                CR10-5335<br>                CR10-5336<br>                2285430/WW13<br><br>**DETENTION ORDER** |

   **THE COURT**, having conducted a detention hearing pursuant to 18 U.S.C. §3142, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of the defendant as required and/or the safety of any other person and the community.

   This finding is based on 1) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence or involves a narcotic drug; 2) the weight of the evidence against the person; 3) the history and characteristics of the person including those set forth in 18 U.S.C. § 3142(g)(3)(A)(B); and 4) the nature and seriousness of the danger release would impose to any person or the community.

*Findings of Fact/ Statement of Reasons for Detention*

**Presumptive Reasons/Unrebutted:**
  ( )   Conviction of a Federal offense involving a crime of violence. 18 U.S.C.§3142(f)(A)
  ( )   Potential maximum sentence of life imprisonment or death.  18 U.S.C.§3142(f)(B)

**Safety Reasons:**
  ( )   Defendant is currently on probation/supervision resulting from a prior offense.
  ( )   Defendant was on bond on other charges at time of alleged occurrences herein.
  ( )   Defendant's prior criminal history.

**Flight Risk/Appearance Reasons:**
  ( )   Defendant's lack of sufficient ties to the community.
  ( )   Bureau of Immigration and Customs Enforcement detainer.
  ( )   Detainer(s)/Warrant(s) from other jurisdictions.
  ( )   Failures to appear for past court proceedings.
  ( )   Past conviction for escape.

**Other:**
  (√)   Defendant stipulated to detention without prejudice to review.

*Order of Detention*

▸  The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.
▸  The defendant shall be afforded reasonable opportunity for private consultation with counsel.
▸  The defendant shall on order of a court of the United States or on request of an attorney for the Government, be delivered to a United States marshal for the purpose of an appearance in connection with a court proceeding.

                              May 18, 2010.

                              _____
                              J. Richard Creatura, United States Magistrate Judge

**DETENTION ORDER**
Page - 1